IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, DMD; <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF PITTSBURGH, *OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION*; UPMC MEDICAL EDUCATION, UNIVERSITY HEALTH CENTER OF PITTSBURGH, <br><br> Defendants. | Civil Action No. 24-656 |

**ORDER OF COURT**

AND NOW, this 28th day of March 2025, in accordance with the Memorandum Opinion filed this day, IT IS HEREBY ORDERED that:

1. Defendants' Partial Motion to Dismiss (Docket No. 14) is **granted** insofar as the claims in Counts II, III, and IV of Plaintiff's Complaint against UPMC MEDICAL EDUCATION and UNIVERSITY HEALTH CENTER OF PITTSBURGH are **dismissed without prejudice** to amendment.

2. If Plaintiff chooses to file an Amended Complaint then he shall do so by **April 11, 2025**. If Plaintiff does not file an Amended Complaint by **April 11, 2025**, then his claims in Counts II, III, and IV will be dismissed with prejudice.

*/s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record